PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shaheed Curry                                          Cr.: 07-00638-001
                                                                        PACTS Number: 49064

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares
                                     United States District Judge

Date of Original Sentence: 01/11/08

Original Offense: <u>Counts One and Two</u>: Possession of a Weapon and Ammunition by a Convicted Felon

Original Sentence: <u>Counts One and Two</u>: Imprisonment - 44 months (concurrent); Supervised Release - 3 years (concurrent); Special Assessment - $200

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/23/10

## PETITIONING THE COURT

[ ]   To extend the term of supervision for           Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On July 1, 2011, the offender was arrested by the Asbury Park, New Jersey, Police Department and charged with terroristic threats. The arrest was the result of a verbal altercation between the offender and his sister. It is alleged that the offender made threatening remarks to his sister and upon exiting her vehicle, she became fearful that the offender would carry through on his threats. The matter has been referred to Superior Court, Monmouth County, where it is pending further action. The probation officer has recommended to the offender that he attend an Anger Management counseling group, and he agrees that he would benefit from involvement in such a group. Accordingly, prior to the adjudication of the criminal charge, the probation officer respectfully requests that the Court take action to modify the conditions of supervised release to include Mental Health Treatment, with a focus on anger management counseling.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 08/25/11

PROB 12B - Page 2
Shaheed Curry

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9-6-11
_____
Date