PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shaheed Curry                                       Cr.: 07-00638-001
                                                                     PACTS Number: 49064

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares
                                     United States District Judge

Date of Original Sentence: 01/11/08

Original Offense: <u>Counts One and Two</u>: Possession of a Weapon and Ammunition by a Convicted Felon

Original Sentence: <u>Counts One and Two</u>: Imprisonment - 44 months (concurrent); Supervised Release - 3 years (concurrent); Special Assessment - $200

Modification of Sentence: 09/06/11: To add Mental Health Special Condition

<u>Type of Supervision</u>: Supervised Release                  Date Supervision Commenced: 08/23/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On May 22, 2012, the offender was randomly tested for the presence of illegal drugs. He tested positive for marijuana. His urine specimen was forwarded for laboratory analysis and confirmed positive. The offender was confronted, and he eventually admitted that he smoked marijuana during the two weeks prior to the test. He became visibly upset and informed that his support system has dwindled, and he has been unable to find work; thus, he has been unable to provide for his infant son and the stress of these circumstances has become overwhelming. Based on such feelings, the offender claims to have used marijuana. He expressed remorse for having done so and avowed to discontinue. In discussing this matter with the offender, a plan was developed whereby he would agree to be evaluated for treatment needs, and he would begin working with the probation officer in completing a Life Skills workbook. Accordingly,

the probation officer respectfully requests that the Court take action to modify the conditions of supervised release to include Alcohol/Drug Treatment.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 06/06/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

June 8, 2012
Date