PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Shaheed Curry

Cr.: 07-00638-001
PACTS Number: 49064

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares
United States District Judge

Date of Original Sentence: 01/11/08

Original Offense: <u>Counts One and Two</u>: Possession of a Weapon and Ammunition by a Convicted Felon

Original Sentence: <u>Counts One and Two</u>: Imprisonment - 44 months (concurrent); Supervised Release - 3 years (concurrent); Special Assessment - $200

Type of Supervision: Supervised Release    Date Supervision Commenced: 08/23/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On July 28, 2012, the offender was arrested by the Asbury Park, New Jersey, Police Department and charged with simple assault. The arrest was incurred after the offender initiated numerous contacts with the undersigned to inform that he was having problems with a former girlfriend harassing him, purportedly due to her lack of acceptance of his involvement in a new romantic relationship. Accordingly, prior to the adjudication of the criminal charge, the probation officer respectfully requests that the Court take no action at this time, while this matter continues to be investigated. The offender will continue to be supervised in the community pending further resolution of this matter and will be required to attend anger management counseling. |

U.S. Probation Officer Action:

The offender will be monitored closely in the community with structured supervision. He shall undergo an assessment by a treatment specialist. He shall attend an Anger Management program, and he has been enrolled in same. The probation officer will monitor the outcome of the pending criminal charge and inform the court of any conviction.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 08/13/12

PROB 12B - Page 2
Shaheed Curry

THE COURT ORDERS:

[N] The Court concurs with the recommendation of the probation office; no action to be taken at this time.
[ ] The Issuance of a Summons. Date of Hearing _____
[ ] Other

_____
Signature of Judicial Officer

_____
8/21/12
Date